IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JOHN SMITH, Individually and on Behalf of All Others Similarly Situated | PLAINTIFF |
| VS. NO. 4:20-cv-00739-LPR | |
| U.S. PIZZA CO., INC. | DEFENDANT |

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 68(a), Plaintiff has notified the Court that he has accepted Defendant's offer of judgment in the sum of Five Hundred Dollars ($500.00), inclusive of all accrued damages and reasonable attorneys' fees and costs to be determined. ECF Doc. 8. Counsel for Plaintiff will receive a payment of Three Thousand Seven Hundred Fifty Dollars ($3,750.00) for attorney's fees and costs. Accordingly, judgment is entered in favor of Plaintiff in the total cumulative amount of Four Thousand Two Hundred Fifty Dollars ($4,250.00), including attorney's fees and costs.

IT IS SO CONSIDERED, ORDERED, and ADJUDGED on this 20th day of April, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

| | |
|---|---|
| SANFORD LAW FIRM, PLLC<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>TELEPHONE: (501) 221-0088<br>FACSIMILE: (888) 787-2040 | WRIGHT, LINDSEY & JENNINGS LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR  72201-3699<br>(501) 371-0808<br>Fax: (501) 376-9442<br>Email: jkim@wlj.com; |
| By: */s/ Josh Sanford*<br>    Josh Sanford<br>    Ark. Bar No. 2001037<br>    josh@sanfordlawfirm.com<br><br>    *Attorneys for Plaintiff* | By: Jane A. Kim (2007160)<br><br>    *Attorneys for Defendant* |